**99–1323.   Sikora v. Wenzel.**

Greene App. No. 98CA130. Discretionary appeal allowed and cause consolidated with 99–1301, *Sikora v. Wenzel,* Greene App. No. 98CA130.

F.E. SWEENEY, J., dissents.

**99–1347.   Spence v. Natl. Mut. Ins. Co.**

Monroe App. No. 812. Discretionary appeal allowed; cause consolidated with 99–1547, *Spence v. Natl. Ins. Co.,* Monroe App. No. 812; cause held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**99–1348.   Lumbatis v. Grange Mut. Cas. Co.**

Monroe App. No. 803. Discretionary appeal allowed; cause consolidated with 99–1546, *Lumbatis v. Grange Mut. Cas. Co.,* Monroe App. No. 803; cause held for decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**99–1349.   Cox v. Grange Mut. Cas. Co.**

Monroe App. No. 804. Discretionary appeal allowed; cause consolidated with 99–1548, *Cox v. Grange Mut. Cas. Co.,* Monroe App. No. 804; cause held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

RESNICK, J., not participating.